**LAW OFFICE OF EMILY DELEON**
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
Ulises Pena

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>Bikramjit Singh Pannu<br>Ulises Pena<br><br>Defendants. | Case No.  1:18-CR-00065-DAD-BAM<br><br>STIPULATION AND ORDER TO CONTINE STATUS CONERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE BARBARA A. MCAULIFFE; HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ULISES PENA, by and through his attorney of record, EMILY DELEON, hereby requesting that the status conference hearing currently set for August 26, 2019, be continued to September 23, 2019 or another date convenient to the Court.

Counsel for Mr. Pena is expected to be in trial in People v. Shannon Greenfield, case number BF172135A in Kern County, California on August 26, 2019.  The trial was expected to begin today, August 21, 2019, but trailed to Monday at the People's request.

Counsel for Mr. Pena and the Government also need additional time to have a meaningful discussion of the plea agreement.

Counsel for Mr. Pannu and counsel for the government do not object to, and agree with, the request for continuance of the status conference.

The parties agree that for the purpose of computing time under the Speedy Trial Act, 18

1  U.S.C. § 3161, et seq., within which trial must commence, the time period of the date of this

2  stipulation to September 23, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. §§

3  3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by

4  the Court at defendants' request on the basis of the Court's finding that the ends of justice served

5  by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

6  **IT IS SO STIPULATED.**

7  DATED: 08/21/19

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
Ulises Pena

10  DATED: 08/21/19

*/s/Robert Lamanuzzi*
ROBERT LAMANUZZI
Attorney for Defendant
Bikramjit Singh Pannu

14  DATED: 08/21/19

*/s/Henry Carbajal*
HENRY CARBAJAL
Assistant U.S. Attorney

# **ORDER**

IT IS SO ORDERED that the 4th Status Conference is continued from August 26, 2019 to **September 23, 2019 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

IT IS SO ORDERED.

Dated:  **August 23, 2019**                               /s/ Barbara A. McAuliffe
                                                                UNITED STATES MAGISTRATE JUDGE