LAW OFFICE OF EMILY DE LEON
Emily De Leon, SBN296416
1318 K Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: emily@lawdeleon.com

Attorney for:
ULISES PENA

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ULISES PENA,<br><br>　　　　Defendant | Case No.: 1:18-cr-00065-DAD-BAM<br><br>**DEFENDANT'S REQUEST FOR WAIVER OF APPEARANCE AND ORDER** |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Ulises Pena, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any and all proceedings in this matter. Mr. Pena agrees that his interests shall be represented at all times by the presence of his attorney Emily de León, the same as if Mr. Pena were personally present. This court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

Date: 09/19/19　　　　　　　　　　　　　　　　　　___*/s/ Ulises Pena*_____
　　　　　　　　　　　　　　　　　　　　　　　　　Victor Luna

Date: 09/19/19　　　　　　　　　　　　　　　　　　___*/s/ Emily de Leon*_____
　　　　　　　　　　　　　　　　　　　　　　　　　EMILY DE LEON
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

## **ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** the Court grants Defendant Ulises Pena's request for waiver of his personal appearance for all proceedings in this matter.

IT IS SO ORDERED.

Dated: **September 19, 2019**          /s/ *Barbara A. McAuliffe*
                                              UNITED STATES MAGISTRATE JUDGE