MCGREGOR W. SCOTT
United States Attorney
HENRY Z. CARBAJAL III
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BIKRAMJIT SINGH PANNU, and<br>ULISES PENA,<br><br>Defendants. | CASE NO. 1:18-cr-00065-LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; AND ORDER<br><br>DATE:  April 27, 2020<br>TIME:   1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on March 9, 2020, at 1:00 p.m. Time was excluded pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(i), (ii) and (iv). Dkt. No. 51.

2. By this stipulation, defendants now move to continue the status conference until **April 27, 2020 at 1:00 p.m.** before Judge McAuliffe, and to exclude time between the date of this stipulation and April 27, 2020 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).

1

The government joins in this request.

3. The parties therefore agree and stipulate, and request that the Court find the following:

 a. The government has represented that the discovery associated with this case currently includes over 11,000 pages of Bates stamped discovery, including items seized by search warrant, investigative reports and related documents. This discovery has been either produced directly to counsel and/or made available for inspection and copying.

 b. Defense counsel for Mr. Pena requires additional time to review the produced discovery. Defense counsel for Mr. Pena and the Government also need additional time to have a meaningful discussion of the plea agreement. Additionally, counsel for Mr. Pannu has requested supplemental discovery from the government. The parties need additional time for the government to provide, and for Mr. Pannu's counsel to review, this discovery material. Thus, the requested continuance will conserve time and resources for the parties and the Court.

 c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

 d. The government does not object to, and agrees with, the requested continuance.

 e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

 f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this stipulation to April 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the

basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4.	Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

DATED:	March 5, 2020

/s/Emily DeLeon
EMILY DELEON
Counsel for Defendant
ULISES PENA

DATED:	March 5, 2020

/s/Robert C. Lamanuzzi
ROBERT C. LAMANUZZI
Counsel for Defendant
BIKRAMJIT SINGH MANGAT

DATED:	March 5, 2020

/s/ Henry Z. Carbajal III
HENRY Z. CARBAJAL III
Assistant United States Attorney

**O R D E R**

IT IS SO ORDERED that the 6th Status Conference is continued from March 9, 2020 to **April 27, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe.** The time period from March 5, 2020 to April 27, 2020, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated**:   March 5, 2020**              /s/ Barbara A. McAuliffe
                                                                  UNITED STATES MAGISTRATE

4