**LAW OFFICE OF EMILY DELEON**
Emily de Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
Ulises Pena

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>Bikramjit Singh Pannu<br>Ulises Pena<br><br>Defendants. | Case No. 1:18-CR-00065-DAD-BAM<br><br><u>STIPULATION AND ORDER TO CONTINE STATUS CONERENCE</u> |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE BARBARA A. MCAULIFFE; HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, ULISES PENA, by and through his attorney of record, EMILY DELEON, hereby requesting that the status conference hearing currently set for April 27, 2020 be continued to July 27, 2020.

    This request is based on the restrictions on entering the Courthouse and General Orders 611 and 612.  Further, counsel for Mr. Pannu and Mr. Pena expect to have full calendars in May and June based on other continuances in cases, particularly those with in-custody defendants whose trials were continued past the last day due to COVID-19.

    The parties agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

///

///

1

///

**IT IS SO STIPULATED.**

DATED:03/31/2020

Respectfully Submitted,

*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
Ulises Pena

DATED: 03/31/2020

*/s/Robert Lamanuzzi*
ROBERT LAMANUZZI
Attorney for Defendant
Bikramjit Singh Pannu

DATED: 03/31/2020

*/s/Henry Carbajal*
HENRY CARBAJAL
Assistant U.S. Attorney

# ORDER

IT IS SO ORDERED that the Status Conference is continued from April 27, 2020 to **July 27, 2020 at 1:00 PM before Magistrate Judge Barbara A. McAuliffe**. Time is excluded pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

IT IS SO ORDERED.

Dated:   **March 31, 2020**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

2