**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

Attorney for:
ULISES PENA

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ULISES PENA, <br><br> Defendant | ) Case No.: 1:18-cr-00065-DAD-BAM <br> ) <br> ) **STIPULATION AND ORDER TO** <br> ) **ALLOW DEFENDANT TO TRAVEL** <br> ) <br> ) <br> ) <br> ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, MAGISTRATE JUDGE BARBARA A. MCAULIFFE AND HENRY CARBAJAL, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ULISES PENA, by and through his attorney of record, ALEKXIA TORRES STALLINGS hereby requests that he be allowed to travel out of The Eastern District from October 22, 2021, through October 24, 2021.

Mr. Pena has informed my office that he would like to travel to Las Vegas, Nevada to attend his brother's wedding, which is in Las Vegas, Nevada on October 23, 2021, at 4:00 p.m. Mr. Pena will be traveling with his children daughter Sofia Mikaela Peña, 10 years old, and son Sebastian Nasir Peña, 6 years old. In addition, his Third-Party Custodian, Elisa Barrientos-Lara, will also be traveling with Mr. Pena. Mr. Pena will be traveling via vehicle to Las Vegas, Nevada, and will be staying at Excalibur Hotel, 3850 S. Las Vegas Blvd. Las Vegas, NV 89109,

October 22, 2021-October 24, 2021. The defendant intends on leaving on October 22, 2021, at approximately 10:00 a.m. and will be arriving in Las Vegas, Nevada around 5:00 p.m.

Mr. Pena has been incompliance with all the terms of his supervised release. He is scheduled for a status conference hearing on October 27, 2021.

I have spoken to AUSA Henry Carbajal, and he has no objection to allowing the defendant to travel to Las Vegas, Nevada. The court should note that Mr. Pena will be away from his residence and off the monitor. Moreover, Pre-Trial Services Officer Ryan Beckwith has been notified of Mr. Pena's intent to file this request.

//

**IT IS SO STIPULATED.**

                                                  Respectfully Submitted,

DATED: September 27, 2021                      ***/s/ Alekxia Torres Stallings***
                                                  ALEKXIA TORRES STALLINGS
                                                  Attorney for Defendant
                                                  ULISES PENA

DATED: September 27, 2021                      ***/s/ Henry Carbajal***
                                                  HENRY CARBAJAL
                                                  Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED** that defendant be allowed to travel to Las Vegas, Nevada from October 22, 2021, through October 24, 2021.

IT IS SO ORDERED.

Dated: **September 27, 2021**

UNITED STATES MAGISTRATE JUDGE