Martin Taleisnik; SBN 172218
SAWL LAW GROUP
2150 Tulare St.
Fresno, CA, 93721
Telephone 559-266-9800
Fax 559-266-3421

Attorney for: BIKRAMJIT SINGH PANNU

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>BIKRAMJIT SINGH PANNU, and<br>ULISES PENA,<br><br>        Defendants. | CASE NO.  1:18-cr-00065 LJO-SKO<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: January 26, 2022<br>TIME:  1:00 p.m.<br>JUDGE: Hon. Barbara A. McAuliffe |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on October 27, 2021, at 1:00 p.m. Time was excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

2. By this stipulation, defendants now move to continue the status conference until **January 26, 2022 at 1:00 p.m.** before Judge McAuliffe, and to exclude time between the date of this stipulation and October 27, 2021 under 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv).  The government joins in this request.

1

3. The parties therefore agree and stipulate, and request that the Court find the following:

    a. The government has represented that the discovery associated with this case currently includes over 11,000 pages of Bates stamped discovery, including items seized by search warrant, investigative reports and related documents. This discovery has been either produced directly to counsel and/or made available for inspection and copying. Both defendants recently obtained new counsel to represent them in this case.

    b. Defense counsel for Mr. Pena and Mr. Pannu require additional time to review the produced discovery and for additional defense investigation. Thus, the requested continuance will conserve time and resources for the parties and the Court.

    c. Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to, and agrees with, the requested continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this stipulation to January 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of

the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

  IT IS SO STIPULATED.

DATED:  October 19, 2021

           /s/ Alekxia Torres Stallings
           Alekxia Torres Stallings
           Counsel for Defendant
           ULISES PENA

DATED:  October 19, 2021

           /s/ Martin Taleisnik
           MARTIN TALEISNIK
           Counsel for Defendant
           BIKRAMJIT SINGH PANNU

DATED:  October 19, 2021

           /s/ Henry Z. Carbajal III
           HENRY Z. CARBAJAL III
           Assistant United States Attorney

# **O R D E R**

IT IS SO ORDERED that the status conference is continued from October 27, 2021, to **January 26, 2022, at 1:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The time period from the date of this stipulation and order to January 26, 2022, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:   **October 20, 2021**          /s/ *Barbara A. McAuliffe*
              UNITED STATES MAGISTRATE JUDGE