1  PHILLIP A. TALBERT
   United States Attorney
2  JOSEPH D. BARTON
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8

9             IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

| 12 | UNITED STATES OF AMERICA | Case No. 1:18-CR-00065-ADA-BAM |
|---|---|---|
| 13 | Plaintiff, | STIPULATION TO SET CHANGE OF PLEA AND VACATE TRIAL DATE; ORDER |
| 14 | | |
| 15 | v. | |
| 16 | ULISES PENA, | DATE: November 8, 2022<br>TIME: 8:30 a.m. |
| 17 | Defendant. | JUDGE: Hon. Ana de Alba |

20     The parties have filed a Plea Agreement to resolve this case. Accordingly, IT IS

21  HEREBY STIPULATED between the parties that the case can be set for a Change of Plea

22  hearing before the Honorable Ana de Alba on September 19, 2022, at 8:30 a.m. The parties have

23  confirmed this date with the Court. The Trial Confirmation and Trial that are scheduled for

24  October 24, 2022, and November 8, 2022, respectively, can be vacated as to Mr. Pena. The Trial

25  Confirmation and Trial for Mr. Pena's co-defendant in this case should remain on calendar.

26  ///

27  ///

28  ///

Time under the Speedy Trial Act has already been excluded through November 8, 2022. Therefore, there is no need for a further time exclusion.

Dated: September 2, 2022

*/s/ Alekxia Torres Stallings*
ALEKXIA TORRES STALLINGS
Counsel for Ulises Pena

Dated: September 2, 2022

*/s/ Joseph Barton*
JOSEPH BARTON
Assistant United States Attorney

PHILLIP A. TALBERT
United States Attorney
JOSEPH D. BARTON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00065-ADA-BAM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ULISES PENA, | DATE:  November 8, 2022<br>TIME:   8:30 a.m.<br>JUDGE:  Hon. Ana de Alba |
| Defendant. | |

**PROPOSED ORDER**

Upon the parties' stipulation and for good cause shown, this case is set for a Change of Plea hearing on September 19, 2022, at 8:30 a.m., before the Honorable Ana de Alba. The Trial Confirmation and Trial that are scheduled for October 24, 2022, and November 8, 2022, respectively, can be vacated as to Mr. Pena. The Trial Confirmation and Trial for Mr. Pena's co-defendant in this case will remain on calendar.

IT IS SO ORDERED.

Dated:   September 6, 2022                                 _____
                                                                                      UNITED STATES DISTRICT JUDGE