**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ULISES PENA**,<br><br>Defendants. | Case No. 1:18-cr-00065-ADA-BAM<br><br>STIPULATION AND ORDER TO<br>CONTINUE THE SENTENCING HEARING |

     **COMES NOW** Defendant, ULISES PENA, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for Monday, December 12, 2022, be continued to Monday, February 27, 2023. Defense counsel just finished an extended state trial and needs more time to prepare a sentencing memorandum. I have spoken to AUSA Joseph Barton, and he has no objection to continuing the matter.

///
///
///
///
///
///
///
///
///

1

1 | **IT IS SO STIPULATED.**

                                                                  Respectfully Submitted,

DATED: November 15, 2022
                    */s/ Alekxia Torres Stallings*
                                         ALEKXIA TORRES STALLINGS
                                         Attorney for Defendant
                                         Ulises Pena

DATED: November 15, 2022
                    */s/ Joseph Barton*
                                         JOSEPH BARTON
                                         Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDER that the sentencing currently set for Monday, December 12, 2022, be continued to Monday, February 27, 2023, and all parties are ordered to be present IN PERSON.

IT IS SO ORDERED.

Dated:  November 15, 2022                                                     
UNITED STATES DISTRICT JUDGE