**LAW OFFICE OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings SBN 296418
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: lextorres@lawtorres.com
Attorney for:
**ULISES PENA**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ULISES PENA**,<br><br>Defendants. | Case No.  1:18-cr-00065-ADA-BAM<br><br>STIPULATION AND ORDER TO CONTINUE THE SENTENCING HEARING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANA DE ALBA AND JOSEPH BARTON, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, ULISES PENA, by and through his attorney of record, Alekxia Torres Stallings hereby requesting that the sentencing hearing currently set for Monday, February 27, 2023, be continued to Monday, October 2, 2023.  This is a joint request between counsel. This will allow the government to better assess the defendant's degree of cooperation pursuant to his plea agreement.

1

**IT IS SO STIPULATED.**

                                            Respectfully Submitted,

DATED: February 17, 2023                */s/ Alekxia Torres Stallings*
                                            ALEKXIA TORRES STALLINGS
                                            Attorney for Defendant
                                            Ulises Pena

DATED: February 17, 2023                */s/ Joseph Barton*
                                            JOSEPH BARTON
                                            Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDER that the sentencing currently set for Monday, February 27, 2023, be continued to Monday, October 2, 2023.

IT IS SO ORDERED.

Dated:   February 17, 2023                                      
                                            UNITED STATES DISTRICT JUDGE