**LAW OFFICES OF ALEKXIA TORRES STALLINGS**
Alekxia Torres Stallings, SBN 296418
1318 K Street
Bakersfield, CA 93301
(661) 326-0857
(661) 326-0915 (fax)
Email: lextorres@lawtorres.com

Attorney for **ULISES PENA**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**ULISES PENA**,<br><br>Defendant. | No. 1:18-cr-00065-DAD-BAM<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF ALEKXIA TORRES STALLINGS AS ATTORNEY OF RECORD AND ORDER** |

     On March 29, 2018, Ulises Pena was indicted on federal charges. Alekxia Torres Stallings was appointed as trial counsel to represent Mr. Pena on 1:18-cr-00065-DAD-BAM in his criminal case. Mr. Pena was sentenced pursuant to a plea agreement on October 2, 2023. The time for filing a direct appeal was October 26, 2023. No direct appeal was filed. Mr. Pena was out of custody at sentencing. Having completed her representation of Mr. Pena, Alekxia Torres Stallings now moves to terminate her appointment under the Criminal Justice Act.

/
//
///

Should Mr. Pena require further legal assistance he has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him/her.

Dated: November 1, 2023                    Respectfully submitted,

/s/*Alexia Torres Stallings*
Alekxia Torres Stallings
Attorney for Ulises Pena

**ORDER**

Having reviewed the notice and found that attorney Alekxia Torres Stallings has completed the services for which she was appointed, the Court hereby grants attorney Alekxia Torres Stallings request for leave to withdraw as defense counsel in this matter.  Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Ulises Pena at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Ulises Pena
2519 Blade Avenue
Bakersfield, CA 93306


IT IS SO ORDERED.

Dated:   November 1, 2023                   _____
                                            UNITED STATES DISTRICT JUDGE